```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DALONO RANKINS
 6

 7

 8                    IN THE UNITED STATES DISTRICT COURT

 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. CR-S-08-00258 EJG
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER TO CONTINUE
13       v.                        )  BRIEFING SCHEDULE AND HEARING
                                   )
14  DALONO RANKINS,                )
                                   )  Date: December 18, 2009
15              Defendant.         )  Time: 10:00 a.m.
                                   )  Judge: Hon. Edward J. Garcia
16  _____ )

17
```

18       It is hereby stipulated between the parties, William S. Wong,

19  Assistant United States Attorney, and Caro Marks, attorney for

20  defendant Dalono Rankins, as follows:

21       The hearing date of November 6, 2009, should be continued until

22  December 18, 2009, and the motions schedule continued accordingly.

23       The parties submitted a briefing schedule for the filing of the

24  motions.  Thereafter, defense counsel began an investigation that

25  required the return of documents and other information from several

26  local agencies. In addition, the defense located and interviewed

27  percipient witnesses to the stop and detention of the defendant.

28  However, the defense is unable to locate one of them, who would be a

1  very important witness at a hearing on the motion to suppress (the
2  defense is relatively certain the court will decide to hold an
3  evidentiary hearing on the motion). The motion itself is finished, but
4  needs the supporting documentation that would be provided by the
5  outstanding requests.  In short, the defense has acted with due
6  diligence, but is stymied while waiting for agencies and individuals to
7  provide certain essential requested information.  Now, it needs
8  additional time to issue subpoenas and finish obtaining the information
9  it needs for the motion to suppress evidence and statements. Finally,
10 defense counsel will be in trial November 11 and will not be available
11 to work on the instant motion or investigation during that week.
12      The motions schedule is continued as follows:
13      Defendant's motion to be filed no later than November 20, 2009;
14      Government's response to be filed no later than December 4, 2009;
15      Defendant's reply, if any, to be filed no later than December 11,
16 2009;
17      Hearing date on December 18, 2009.
18      IT IS STIPULATED that the period from the date of this stipulation
19 up to and including December 18, 2009, be excluded in computing the
20 time within which trial must commence under the Speedy Trial Act,
21 pursuant to  18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to permit necessary
22 preparation by defense counsel.
23 Dated:  October 8, 2009            Respectfully submitted,
24                                    DANIEL BRODERICK
                                      Federal Defender
25
26                                    /s/ Caro Marks
                                      _____
27                                    CARO MARKS
                                      Assistant Federal Defender
28                                    Attorney for Defendant
                                      DALONO RANKINS

Rankins s/o                        -2-

Dated:  October 8, 2009              LARRY G. BROWN
                                     United States Attorney


                                     /s/ William S. Wong
                                     _____
                                     William S. Wong
                                     Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing presently set for November 6, 2009, be continued to December 18, 2009, at 10:00 a.m.  The motions schedule is continued as follows:

Defendant's motion to suppress evidence and statements shall be filed no later than November 20, 2009;

Government's response shall be filed no later than December 4, 2009;

Defendant's reply, if any, shall be filed no later than December 11, 2009; and

The hearing shall be continued to December 18, 2009.

Based on the representations of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation to and including the December 18, 2009, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to

Rankins s/o                          -3-

1  allow defense counsel time to prepare.
2      **IT IS SO ORDERED.**
3
4  DATED: October 9, 2009
5                                                 /s/ Edward J. Garcia
6                                                 EDWARD J. GARCIA
                                               Senior United States District Judge
7
8
9
10
11
12  <<
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28