DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DALONO RANKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-258 EJG |
|              Plaintiff,   ) | |
|      v.                   ) | STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING/STATUS CONFERENCE |
| DALONO RANKINS,           ) | |
|              Defendant.   ) | Date: April 16, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, and Caro Marks, attorney for defendant Dalono Rankins, as follows:

The hearing date of February 26, 2010, should be continued until April 16, 2010, and the motions schedule continued accordingly.

Since the parties submitted a briefing schedule for the filing of the motions the defense has mounted an extensive investigation of the alleged facts of this case. Its investigation required the return of documents and other information from several local agencies. The information returned by subpoena has been helpful to the investigation and has enabled the defendant to support his forthcoming motion to

1  dismiss and suppress.  However the defense has still not completed its
2  investigation. In particular there are two witnesses who purportedly
3  witnessed the detention and search of Mr. Rankins by local law
4  enforcement whose testimony would be vital to the motions to suppress
5  and dismiss. The defense has not yet located one of these witnesses and
6  has a "lead" on the other one. The defense needs additional time to
7  complete the task of locating and interviewing these witnesses.

8  Finally, defense counsel was in a somewhat complex trial for
9  several weeks in January-February of 2010 and needs the additional time
10 to prepare the defendants's motions in preparation for a hearing before
11 this court.

12 The parties agree the motions schedule is continued as follows:

13 Old Schedule                          **New Schedule**
14 Def.'s motion by 1/29/2010            **Def.'s motion by 3/19/2010**
15 Govt.'s response by 2/12/2010         **Govt.'s response by 4/2/2010**
16 Def.'s reply by 2/19/2010             **Def.'s reply by 4/9/2010**
17 Hearing on 2/26/2010                  **Hearing on 4/16/2010**

18 IT IS STIPULATED that the period from the date of this stipulation
19 up to and including April 16, 2010, be excluded in computing the time
20 within which trial must commence under the Speedy Trial Act, pursuant
21 to  18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to permit necessary
22 preparation by defense counsel.

23 Dated: February 18, 2010          Respectfully submitted,
24                                   DANIEL BRODERICK
                                     Federal Defender
25
                                     /s/ Caro Marks
26                                   _____
                                     CARO MARKS
27                                   Assistant Federal Defender
                                     Attorney for Defendant
28                                   DALONO RANKINS

Dated: February 17, 2010          BENJAMIN WAGNER
                                  United States Attorney

                                  /s/ William S. Wong
                                  _____
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing presently set for February 26, 2010, be continued to April 16, 2010, at 10:00 a.m.  The motions schedule is continued as follows:

Defendant's motion to suppress evidence and statements shall be filed no later than March 19, 2010;

Government's response shall be filed no later than April 2, 2010;

Defendant's reply, if any, shall be filed no later than April 9, 2010; and

The hearing shall be continued to April 16, 2010.

Based on the representations of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation to and including the April 16, 2010 hearing/status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to prepare.

Rankins s/o                          -3-

1    **IT IS SO ORDERED.**

3    DATED: February 18 2010              /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
4                                         Senior United States District Judge