BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-0258 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO RESET SCHEDULE |
| | ) | |
| DALONO RANKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and the defendant Dalono Rankins, and his counsel of record, Caro Marks, Assistant Federal Defender, hereby stipulate as follows:

The hearing date of April 16, 2010, should be continued until May 14, 2010, at 10:00 a.m. and the motions schedule continued accordingly.

Since the defendant has concluded its investigation and filed its motion to suppress evidence, the parties have been in good faith negotiations in attempt to resolve numerous complicated issues

1

relating to sentencing in order to arrive at a finalized plea
agreement.  Because of the nature of the defendant's injuries and
physical condition, additional time is needed in order to attempt a
resolution of this case.  Accordingly, the parties stipulate to the
revised schedule as follows:

Government's opposition by April 23, 2010;

Defendant's reply, if any, by May 7, 2010; and

Non-evidentiary law and motion hearing on May 14, 2010 at 10:00
a.m.

The parties agree that time be excluded pursuant to 18 U.S.C. §
3161(h)(8)(B)(iv) - Local Code T4 - reasonable time for counsels to
prepare and pursuant to Local Code E for pending motion.  The
parties agree that time be excluded under these provisions for the
reasons stated above from April 16, 2010 to and including, May 14,
2010, or to the date when the Court reasonably files its order
deciding the motion pending before the Court.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 7, 2010          By:  /s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney

DATED: April 7, 2010          By:  /s/ Caro Marks
                                   CARO MARKS
                                   Assistant Federal Defender
                                   Attorney for the Defendant

2

**<u>ORDER</u>**

Good cause having been shown, it is hereby ordered that the revised schedule is adopted and that time should be excluded for the reasons and for the time period set forth above.

DATED: April 7, 2010

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge