1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2790



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-0258 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND (PROPOSED) |
| v. | ) | ORDER TO RESET SCHEDULE |
| DALONO RANKINS, | ) | |
| Defendant. | ) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and the defendant Dalono Rankins, and his counsel of record, Caro Marks, Assistant Federal Defender, hereby stipulate as follows:

The hearing date of May 14, 2010, should be continued until June 18, 2010, at 10:00 a.m. and the motions schedule continued accordingly.

Since the defendant has concluded its investigation and filed its motion to suppress evidence, the parties have been in good faith negotiations in attempt to resolve numerous complicated issues

1

1 | relating to sentencing in order to arrive at a finalized plea
2 | agreement.  The parties have reached an agreement on the length of
3 | sentence pursuant to Rule 11(c)(1)(C), but other terms and
4 | conditions need to be resolved.  The parties will notify the Court
5 | to calendar a hearing to enter a plea should this occur prior to the
6 | next scheduled hearing date.  Accordingly, the parties stipulate to
7 | the revised schedule as follows:
8 |     Government's opposition by May 21, 2010;
9 |     Defendant's reply, if any, by May 28, 2010; and
10 |    Non-evidentiary law and motion hearing on June 18, 2010 at
11 |    10:00 a.m.
12 |    The parties agree that time be excluded pursuant to 18 U.S.C. §
13 | 3161(h)(8)(B)(iv) - Local Code T4 - reasonable time for counsels to
14 | prepare and pursuant to Local Code E for pending motion.  The
15 | parties agree that time be excluded under these provisions for the
16 | reasons stated above from May 14, 2010 to and including, June 18,
17 | 2010, or to the date when the Court reasonably files its order
18 | deciding the motion pending before the Court.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 27, 2010    By:   /s/ William S. Wong
                               WILLIAM S. WONG
                               Assistant U.S. Attorney

DATED: April 27, 2010    By:   /s/ Caro Marks
                               CARO MARKS
                               Assistant Federal Defender
                               Attorney for the Defendant

**ORDER**

Good cause having been shown, it is hereby ordered that the revised schedule is adopted and that time should be excluded for the reasons and for the time period set forth above.

DATED: April 27, 2010

_____
HON. EDWARD J. GARCIA
United States District Judge