UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



**FILED**

JUL 2 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                       RE:    **Dalono Rankins**
                                                 **Docket Number:  2:08CR00258-01**
                                                 **CONTINUANCE OF JUDGMENT**
                                                 **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 3, 2010, to November 19, 2010, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to scheduling conflicts, the probation interview with the defendant could not be conducted in a timely manner, and more time is needed to complete the presentence report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                                         Respectfully submitted,

                                                         **HUGO ORTIZ**
                                                    **United States Probation Officer**

**REVIEWED BY:**          _Jeffrey C. Oestreicher_
                                **JEFFREY C. OESTREICHER**
                                **Supervising United States Probation Officer**

Dated:       July 20, 2010
                 Sacramento, California

Attachment

**RE:   Anthony G. Symmes**
      **Docket Number:   2:10CR00200-01**
      **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
      William S. Wong, United States Attorney's Office
      United States Marshal's Office
      Caro Marks, Federal Defenders Office
      Probation Office Calendar clerk

✓ **Approved**                     _[signature]_   7/22/10
                                   **EDWARD J. GARCIA**
                                   **Senior United States District Judge**        **Date**

___ **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:  2:10CR00200-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Anthony G. Symmes | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 11/19/2010, 10:00 a.m |
| Reply, or Statement of Non-Opposition: | 11/12/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/05/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/29/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/22/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/08/2010 |