**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM  & Order

DATE: November 19, 2010

TO: Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia

FROM: Becky Darwazeh, Legal Assistant to
Caro Marks, Assistant Federal Defender

SUBJECT: United States v. Dalono Rankins
Cr.S-08-258-EJG

---

This memo is to request that the judgment and sentencing for Dalono Rankins be continued from November 19, 2010 at 10:00 a.m. to December 17, 2010 at 10:00 am.. All parties are in agreement with the new scheduled date.

Thank you for your assistance in this matter.

CM
bd

cc: W. Wong, AUSA
H. Ortiz, USPO

FILED
DEC - 6 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IT IS SO ORDERED

_____
12/6/10