**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# MEMORANDUM *& Order*

DATE:     December 16, 2010

TO:       Colleen Lydon, Courtroom Clerk to the
          Honorable Edward J. Garcia

FROM:     Becky Darwazeh, Legal Assistant to
          Caro Marks, Assistant Federal Defender

SUBJECT:  United States v. Dalono Rankins
          Cr.S-08-258-EJG

---

This memo is to request that the judgment and sentencing for Dalono Rankins be continued from December 17, 2010 at 10:00 a.m. to January 14, 2011 at 10:00 am.. All parties are in agreement with the new scheduled date.

Thank you for your assistance in this matter.

CM
bd

cc:   W. Wong, AUSA
      H. Ortiz, USPO

IT IS SO ORDERED

*[signature]*
12/16/10

**FILED**
DEC 17 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK