**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM & Order

DATE: March 10, 2011

TO: Collen Lydon, Courtroom clerk to the
Honorable Edward J. Garcia

FROM: Katina Whalen Legal Assistant to
Matthew M. Scoble, Assistant Federal Defender

SUBJECT: U.S. v. Dalono Rankins
Cr.S-08-258 EJG

---

Please continue the judgment and sentencing hearing from March 11, 2011, to March 25, 2011, at 10:00 a.m., for sentencing. Matthew M. Scoble will be representing Mr. Rankin's at his sentencing hearing due to the absence of Caro Marks. Assistant United States Attorney, William Wong and United States Probation Officer, Hugo Ortiz have no objection to the new scheduled date.

If you have any questions concerning the above, please feel free to contact me.

MS:kw
cc: Hugo Ortiz, USPO
    Dalono Rankins

**FILED**
MAR 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IT IS SO ORDERED
[signature]
3/10/11