1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No.  2:08-cr-0258 WBS CKD P

12                  Respondent,

13          v.                                     ORDER

14   DALONO RANKINS,

15                  Movant.

16

17          Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or

18   correct his sentence pursuant to 28 U.S.C. § 2255.[1]  Since movant may be entitled to the

19   requested relief if he can establish a violation of his constitutional rights, respondent is directed to

20   file an answer within twenty-one days of the effective date of this order.[2]  See Rule 4, Rules

21   Governing Section 2255 Proceedings.

22          Respondent shall include with the answer any and all transcripts or other documents

23   relevant to the determination of the issues presented in the motion.  Rule 5, Rules Governing

24   /////

---

[1]  Movant indicates his motion arises under 28 U.S.C. § 2241.  However, since movant is a
federal prisoner challenging a federal conviction or imposition of a federal sentence, his motion
arises under § 2255.

[2]  On October 25, 2011, respondent was ordered to file a response to movant's motion within 30
days.  No response was ever filed.

1

1    Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date

2    respondent's answer is filed.

3            The Clerk of the Court shall serve a copy of this order, together with a copy of movant's

4    motion, on the United States Attorney or his authorized representative.

5    Dated:  January 30, 2014

6                                                    CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11   1
     rank0258.206
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                     2