1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   DALONO RANKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S 08-258 WBS 1 |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT, P.L. 115-391** |
| v. | |
| DALONO RANKINS, | |
| Defendant. | Judge: Honorable WILLIAM B. SHUBB |

Defendant, DALONO RANKINS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate that the Court should enter an amended judgment reducing Mr. Rankins's sentence to 130 months. The parties further stipulate as follows:

1. In 2011, defendant was convicted of possession of at least 5 grams of a mixture and substance containing cocaine base with intent to distribute (Count 1), and possession of a firearm during and in relation to a drug trafficking offense (Count 2). (Dkt. 39 at 1; dkt. 1 at 1.) The government filed an information to establish a prior conviction pursuant to 21 U.S.C. § 851 (dkt. 4), thus subjecting defendant to a statutory penalty range of ten years to life. See 21 U.S.C. § 841(b)(1)(B) (2011). The statutory minimum terms of imprisonment for the counts of conviction provided for no less than a total sentence of 180 months. (PSR ¶ 92.)

2. Defendant was sentenced to a total term of 180 months imprisonment, consisting of 120 months on Count 1 and 60 months on Count 2, to be served consecutively to each other. The sentence included a total term of 8 years supervised release, consisting of 8 years on Count 1 and 5 years on Count 2, to be served concurrently with each other. (Dkt. 39 at 2, 3.)

3. On December 21, 2018, the First Step Act was enacted. First Step Act of 2018, S. 756, Pub. Law 115-391. Section 404 of the Act states that the sentencing court may, upon motion of the defendant, an attorney for the government, or the court, "impose a reduced sentence as if sections 2 and 3 of the Fair Sentencing Act of 2010 . . . were in effect at the time the covered offense was committed."

4. The parties agree that defendant is eligible for a reduction of his sentence under Section 404. Specifically, had sections 2 and 3 of the Fair Sentencing Act of 2010 been in effect at the time the offense was committed, defendant would have been subject to a "term of not more than 30 years." 21 U.S.C. § 841(b)(1)(C) (2011). Without the mandatory minimum statutory penalty of 120 months, the defendant's guideline range for Count 1 is 70 to 87 months.[1] When the 60-month mandatory consecutive sentence for Count 2 is added, the guideline range becomes 130 to 147 months. See USSG § 5G1.2(e).

5. Accordingly, the parties request this Court issue the order lodged herewith reducing Mr. Rankins' sentence to a total term of 130 months imprisonment, consisting of 70 months on Count 1 and 60 months on Count 2, to run consecutively to each other, and to a term of 6 years supervised release, consisting of 6 years on Count 1 and 5 years on Count 2, to run concurrently with each other, all other terms of the judgment remaining unchanged.

6. The undersigned counsel for defendant affirms that he has discussed this stipulation with defendant and that defendant has authorized counsel to enter into this agreement on his behalf. The undersigned counsel also affirms that, so long as the Court accepts this

---

[1] For 33.99 grams of cocaine base (see PSR ¶ 24), the base offense level is 24, see USSG § 2D1.1(c)(8) (2018). With a three-level reduction for acceptance of responsibility, see USSG § 3E1.1(a) & (b), the total offense level is 21. With a criminal history category of V (PSR ¶ 51), the applicable guideline range for Count 1 is 70 to 87 months. See USSG Ch. 5, Pt. A.

Stipulation and Order Re: Sentence Reduction 2

stipulation, defendant waives his right to be present when the Court reduces his sentence, to any hearing, and to any findings to which he might be entitled.  The defendant has so indicated, and counsel joins in that waiver.

Respectfully submitted,

Dated:  June 27, 2019                              Dated:   June 27, 2019

McGREGOR SCOTT                                  HEATHER E. WILLIAMS
United States Attorney                                Federal Defender


 /s/ *Jason Hitt*                                          /s/ *David M. Porter*
JASON HITT                                             DAVID M. PORTER
Assistant U.S. Attorney                             Assistant Federal Defender

Attorney for Plaintiff                                 Attorneys for Defendant
UNITED STATES OF AMERICA                DALONO RANKINS

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to the First Step Act, P.L. 115-391.

The parties agree, and the Court finds, that Mr. Rankins is entitled to the benefit of Section 404 of the First Step Act, resulting in a guideline range of 130 to 147 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2011 is reduced to a total term of 130 months, consisting of 70 months on Count 1 and 60 months on Count 2, to run consecutively to each other, and to a term of 6 years supervised release, consisting of 6 years on Count 1 and 5 years on Count 2, to run concurrently with each other.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Rankins shall report to the United States Probation Office within seventy-two hours after his release.

Dated: July 2, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE