# UNITED STATES DISTRICT COURT
for the

__Eastern__ District of __California__

United States of America
v.
DALONO RANKINS

Case No: 2:08CR00258-01 WBS

USM No: 18604-097

Date of Original Judgment: 3/25/2011
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

David Porter, AFD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of

| | |
|---|---|
| 120 months as to Ct. 1; | 70 months as to Ct. 1; |
| 60 months as to Ct. 2: | 60 months as to Ct. 2: |
| To run consecutively | To run consecutively |
| for a **Total term of 180** | for a **Total term of 130** |

months **is reduced to**

The previously imposed term of supervised release of 8 years as to Count 1 and 5 years as to Count 2 to run concurrently for a total term of 8 years is reduced to 6 years as to Count 1 and 5 years as to Count 2, to run concurrently for a total term of 6 years.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __4/6/2011__ shall remain in effect.

**IT IS SO ORDERED**.

Dated: July 2, 2019

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: __N/A__
*(if different from order date)*